# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JUSTIN LAMAR CURRY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:17-cv-01647-CLS-JEO |
| JEB FANNIN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on December 6, 2017, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b). (Doc. 9). The magistrate judge further recommended, to extent that plaintiff's claims against defendants Giddons and Norwood could be construed as state law claims, such claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). Plaintiff was notified of his right to file objections within fourteen (14) days of the report and recommendation (*id.*), but to date, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby ADOPTED and the recommendation is ACCEPTED. Therefore, in accordance with

28 U.S.C. §§ 1915(e)(2) and 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

DONE this 8th day of January, 2018.

/s/ Lynwood Smith
United States District Judge